65561. CONTINENTAL INSURANCE COMPANY v. HIGDON.
65562. BOOZER v. HIGDON.

BENHAM, Judge.
This court having entered on June 15, 1983, a judgment in the above-styled cases (167 Ga. App. 231 (306 SE2d 20) (1983)), affirming the judgment of the trial court; and the judgment of this court having been reversed by the Supreme Court in *Boozer v. Higdon*, 252 Ga. 276 (313 SE2d 100) (1984) the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. McMurray, C. J., and Birdsong, J., concur.*

DECIDED MAY 7, 1984.

*John W. Hinchey, M. Michael Egan, Jr., C. James Jessee, Jr., Karen W. Rowles, Max D. Kaley*, for appellants.
*J. Eugene Wilson*, for appellee.